# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132408

DIETRICH R. BERGMANN LIVING
TRUST, Dated June 6, 1988, DIETRICH R.
BERGMANN, Trustee,
          Plaintiff-Appellant,

v

PILOT CORPORATION,
          Defendant-Appellee.

SC: 132408
COA: 260665
Monroe CC: 91-017847-CK

_____/

      On order of the Court, the application for leave to appeal the September 26, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

Clerk

l0122